PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs. Michael Armen Shahinian        Docket No.    2:11CR00181-003

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Michael Armen Shahinian, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, WA, on the 19th day of March 2012, under the following conditions:

**Condition #2:** Defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U. S. C. § 802, unless prescribed by a licensed medical practitioner.

**Condition #15:** Defendant shall remain in the Eastern District of Washington while the case is pending. On a showing of necessity, and with prior notice by the defense to the assigned U.S. Attorney, the defendant may obtain prior written permission to leave this area from the United States Probation Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant was terminated from his approved Oxford House placement.

**Violation #2:** The defendant provided a urine sample that tested presumptive positive for methamphetamine on May 24, 2012.

**Violation #3:** The defendant reported traveling to Coeur d'Alene, Idaho, on or about May 19, 2012, and spent the night without obtaining prior permission to do so.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|   |   |
|---|---|
|   | I declare under penalty of perjury that the foregoing is true and correct. |
|   | Executed on:    05/25/2012 |
| by | s/Erik Carlson |
|   | Erik Carlson<br>U.S. Probation Officer |

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer C. IMBROGNO USMJ

05-25-2012

Date